# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-2227
_____

| | | |
|---|---|---|
| Broadway-Washington Associates, | * | |
| Ltd., a Missouri Limited Partnership; | * | |
| Theodora D. Carpenter, | * | |
| | * | Appeal from the United States |
| Plaintiffs - Appellants, | * | District Court for the |
| | * | Western District of Missouri |
| v. | * | |
| | * | |
| Tax Increment Financing Commission | * | [UNPUBLISHED] |
| of Kansas City, Missouri, | * | |
| | * | |
| Defendant - Appellee. | * | |

_____

Submitted: December 12, 2001
Filed: January 14, 2002
_____

Before LOKEN and BYE Circuit Judges, and BOGUE,[1] District Judge.
_____

PER CURIAM.

---

[1] The Honorable Andrew W. Bogue, United States Senior District Judge for the District of South Dakota, sitting by designation.

Broadway-Washington Associates, Ltd., et al., ("Broadway") appeals the District Court's[2] dismissal of its claim that the Tax Increment Financing Commission ("TIFC") violated its procedural and substantive due process rights, and its right to equal protection. Broadway also appeals the district court's decision to grant summary judgment on its Establishment Clause claim.

After a careful examination of the record, this Court finds sufficient evidence to support the district court's decision. The district court, therefore, properly dismissed Broadway's claims of procedural and substantive due process violations, and its claim of an equal protection violation. The district court also properly granted summary judgment on Broadway's Establishment Clause claim. Under Eighth Circuit Rule 47B, no further commentary is warranted.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.